## DAVY ET AL. v. BROWN, RECEIVER.

[No. 5,776. Filed June 26, 1906.]

APPEAL AND ERROR.—*Joint Assignment.—Several Exceptions.*— Where appellants jointly assign as error the overruling of appellants' motion for a new trial, a part only joining in such motion, and those joining taking a several exception thereto, no question is presented on appeal.

From St. Joseph Circuit Court; *Walter A. Funk,* Judge.

Final report of John M. Brown, as receiver of the Havercamp-Whitney Paper Company, to which James Davy and others except. From a judgment confirming such report, the exceptors appeal. *Affirmed.*

*Deneen & Hamill, E. N. Zoline* and *Talcott & Fish,* for appellants.

*John A. Hibberd, Stuart MacKibbin, John L. Sinkes* and *Brick & Bates,* for appellee.

BLACK, J.—The "errors relied upon for a reversal" in the brief of the appellants all pertain to what is designated in the brief as the twenty-sixth assignment of error, which

is that "the court erred in overruling the motion of the appellants for a new trial."

This assignment is made by a large number of persons and corporations jointly, as appellants. The motion for a new trial was made by a portion only of the appellants, and it appears from the record that those who made the motion excepted "separately" to the action of the court thereon. Not only did those appellants affected by the ruling not except to it jointly, but also some of the appellants jointly assigning the ruling as error did not take any exception thereto.

Judgment affirmed.